

# Capital One Bank
Commercial Banking Group

# MANAGE YOUR CASH
CASH MANAGEMENT | CHECKING | MONEY MARKET | CDs | LOANS

7614 LLC, DEBTOR IN POSSESSION
EASTERN DISTRICT OF NEW YORK, BROOKLYN  K210
DIVISION, CASE #: 22-42336                    000012534
9322 3RD AVE STE 502
BROOKLYN NY  11209-6802

▸ Contact your Relationship Manager to discuss targeted solutions for your evolving business needs.

## ACCOUNT SUMMARY   FOR PERIOD  OCTOBER 01, 2022 - OCTOBER 31, 2022

Commercial Checking  #########0210

7614 LLC, DEBTOR IN POSSESSION

| | | | |
|---|---|---|---|
| Previous Balance 09/30/22 | $1,099.96 | Number of Days in Cycle | 31 |
| 1 Deposits/Credits | $30,000.00 | Minimum Balance This Cycle | $1,099.96 |
| 1 Checks/Debits | ($29,166.67) | Average Collected Balance | $1,852.64 |
| Service Charges | $0.00 | | |
| Ending Balance 10/31/22 | $1,933.29 | | |

## ACCOUNT DETAIL   FOR PERIOD  OCTOBER 01, 2022 - OCTOBER 31, 2022

Commercial Checking  #########0210

7614 LLC, DEBTOR IN POSSESSION

| Date | Description | Deposits/Credits | Withdrawals/Debits | Resulting Balance |
|---|---|---|---|---|
| 10/04 | Book transfer credit FROM ...5520 | $30,000.00 | | $31,099.96 |
| 10/04 | Wire transfer withdrawal FYM MILLBROOK, L LC 100422 USD0010568514 | | $29,166.67 | $1,933.29 |
| Total | | $30,000.00 | $29,166.67 | |

Thank you for banking with us.

Products and services are offered by Capital One, N.A., Member FDIC.
©2022 Capital One. All rights reserved.




MEMBER FDIC | EQUAL HOUSING LENDER